AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brent Lee Landwehr | ) Case No. | 3:24-cr-147 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brent Lee Landwehr
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Money Laundering Conspiracy
Forfeiture Notice

Date: 08/29/2024

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8-29-2024, and the person was arrested on *(date)* 9-16-2024
at *(city and state)* Phoenix, AZ

Date: 10-21-2024

GEOFF BAKKEN, USPIS TFO
*Arresting officer's signature*
*Printed name and title*