IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Brent Landwehr<br><br>　　　　　Defendant. | **EXPEDITED MOTION<br>TO CONTINUE ARRAIGNMENT OR<br>ALLOW VIDEO TELECONFERENCE**<br><br>Case No.: 3:24-CR-00147 |

　　　　Defendant, Brent Landwehr, by and through his attorney of record, Jamie L. Schaible, Barkus Law Firm, P.C., 3431 4th Avenue South, Suite 201, Fargo, North Dakota 58103, moves this Honorable Court to continue his Arraignment currently scheduled for November 1, 2024, at 10:00 a.m. to a later date, or alternatively, to allow the Defendant to appear for the Arraignment via video teleconference from Crossroads in Phoenix, Arizona.

　　　　This request is because Mr. Landwehr was arraigned in the state of his arrest and was released to an inpatient treatment facility in Phoenix, Arizona. Mr. Landwehr does not want to lose his treatment spot, and consents to appearing over teleconference, in a location different than his attorney. Undersigned counsel has spoken with AUSA, Matt Kopp, and the government has no objection to this continuance request or to the Defendant appearing via video teleconference for the currently scheduled arraignment.

　　　　Undersigned counsel further represents that this request is not made for undue delay or any other improper reason.

Dated this 29th day of October, 2024.

                      Respectfully submitted,

                      BARKUS LAW FIRM, P.C.

                      */s/ Jamie Schaible*
                      Jamie L. Schaible, ND ID #09855
                      3431 4th Avenue South, Suite 201
                      Fargo, North Dakota 58103
                      Tele: 701-532-2498
                      Fax: 701-298-9362
                      Email: jamie@barkuslawfirm.com
                      Eservice: eservice@barkuslawfirm.com
                      ATTORNEYS FOR DEFENDANT